# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | | |
|---|---|---|
| **KAY LARA,** | ) | |
| | ) | |
| Plaintiff, | ) | 6:12-cv-02032-LRR |
| | ) | |
| v. | ) | Judge Reade |
| | ) | Magistrate Judge Scoles |
| **FINANCIAL RECOVERY SERVICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** March 6, 2013

| | |
|---|---|
| **For Plaintiff,** | **For Defendant,** |
| **Kay Lara** | **Financial Recovery Services, Inc.** |
| /s David M. Marco | /s Joshua C. Dickinson |
| SMITHMARCO, P.C. | Spencer Fane Britt & Browne, LLP |
| 205 N. Michigan Ave., Suite 2940 | 12925 West Dodge Road, Suite 107 |
| Chicago, Illinois 60601 | Omaha NE 68154 |
| **Telephone:** (312) 546-6539 | **Telephone:** (402) 965-8600 |
| **Facsimile:** (888) 418-1277 | **Facsimile:** (402) 965-8601 |
| **E-mail:** dmarco@smithmarco.com | **E-mail:** jdickinson@spencerfane.com |

1